SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:     619-338-6500
Facsimile:      619-234-3815

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947

Attorneys for Defendants
QWEST COMMUNICATIONS COMPANY, LLC;
SPRINT COMMUNICATIONS COMPANY L.P.;
LEVEL 3 COMMUNICATIONS, LLC; and
WILTEL COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TODD SMITH, individually and as representative of a class of persons similarly situated,<br><br>              Plaintiff,<br><br>        v.<br><br>QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY, L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,<br><br>              Defendants. | Case No. CV-11-02599-TEH<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY OF ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  12<br>Judge:  Hon. Thelton E. Henderson<br><br>[Complaint Filed:  May 31, 2011] |

**JOINT STATUS REPORT**

1

2

3          Plaintiff Todd Smith ("plaintiff"), and defendants Qwest Communications

4   Company, LLC ("Qwest"), Sprint Communications Company L.P. ("Sprint"), Level 3

5   Communications, LLC ("Level 3"), and WilTel Communications, LLC ("WilTel") (collectively

6   "defendants"), submit this Joint Status Report, pursuant to the Court's Order of October 11, 2011.

7

8          1.        On October 11, 2011, the Court entered an Order staying the action,

9   pending finalization of a settlement agreement, and setting the Initial Case Management

10  Conference for January 30, 2012 at 1:30 p.m. (Doc. 11).

11

12         2.        The Parties continue to expend all of their time and effort on settlement

13  issues but are not yet ready to present a California Settlement Agreement for the Court's approval.

14  Accordingly, the Parties are seeking a continuance of the stay of this litigation.

15

16         3.        Therefore, to enable the Parties to continue focusing on settlement, plaintiff

17  and defendants respectfully request that this Court enter an order: (1) extending the stay of this

18  litigation pending further order of the Court, and providing that the stay will be lifted

19  automatically upon motion of plaintiff or defendants or upon the filing of a motion for preliminary

20  approval of a settlement agreement by plaintiff and defendants; and (2) continuing the January 30,

21  2012 case management conference for three months to April 30, 2012 at 1:30 p.m., or any date

22

23

24

25

26

27

28

thereafter convenient to the Court's calendar, with the parties to file a joint case management

conference statement no later than one week prior to the case management conference.

Dated:  January 23, 2012

                                        JEFFREY M. FORSTER


                              By          /s Jeffrey M. Forster
                                              JEFFREY M. FORSTER

                                        Attorneys for Plaintiff
                                             TODD SMITH

Dated:  January 23, 2012

                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                              By          /s Molly R. Newland
                                              MOLLY R. NEWLAND

                                        Attorneys for Defendants
                               QWEST COMMUNICATIONS COMPANY, LLC;
                               SPRINT COMMUNICATIONS COMPANY L.P.;
                               LEVEL 3 COMMUNICATIONS, LLC; and WILTEL
                                        COMMUNICATIONS, LLC


                              **[PROPOSED] ORDER**


        Based on the Joint Status Report of the parties, and for good cause shown due to

the parties' anticipated settlement, it is hereby ordered that:


        1.      The stay of this action is extended, pending further order of the Court.  The

stay will be lifted automatically upon the motion of plaintiff or defendants or upon the filing of a

motion for preliminary approval of a settlement agreement by plaintiff and defendants;

-2-

1          2.      The Initial Case Management Conference set for January 30, 2012 shall be

2    continued to ____April 30, 2012____, at 1:30 p.m., and the parties shall file a joint case management

3    conference statement no later than one week prior the case management conference.

4

5          IT IS SO ORDERED.

6

7    Dated: ____01/23/2012____

8    HONOR_____ERSON

     UNITED_____E

9

                              Judge Thelton E. Henderson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT