SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone:    619-338-6500
Facsimile:    619-234-3815

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
QWEST COMMUNICATIONS COMPANY, LLC;
SPRINT COMMUNICATIONS COMPANY, L.P.;
LEVEL 3 COMMUNICATIONS, LLC; and
WILTEL COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TODD SMITH, individually and as representative of a class of persons similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY, L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,<br><br>                Defendants. | Case No. CV-11-02599-TEH<br><br>**SECOND JOINT STATUS REPORT AND [PROPOSED] ORDER EXTENDING STAY OF ACTION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson<br><br>[Complaint Filed: May 31, 2011] |

# SECOND JOINT STATUS REPORT

Plaintiff Todd Smith ("plaintiff"), and defendants Qwest Communications Company, LLC ("Qwest"), Sprint Communications Company, L.P. ("Sprint"), Level 3 Communications, LLC ("Level 3"), and WilTel Communications, LLC ("WilTel") (collectively "defendants"), submit this Joint Status Report, pursuant to the Court's Order of January 24, 2012.

1.   On January 24, 2012, the Court entered an Order staying the action, pending finalization of a settlement agreement, and continuing the Initial Case Management Conference to April 30, 2012 at 1:30 p.m. (Doc. 16).

2.   The Parties continue to expend all of their time and effort on settlement issues. They have finalized Settlement Agreements in 27 states, have obtained preliminary approvals in 12 states, and have obtained final approvals in five states. They are not yet ready, however, to present a California Settlement Agreement for the Court's approval. Accordingly, the Parties are seeking a continuance of the stay of this litigation.

3.   Therefore, to enable the Parties to continue focusing on settlement, plaintiff and defendants respectfully request that this Court enter an order: (1) extending the stay of this litigation pending further order of the Court, and providing that the stay will be lifted automatically upon motion of plaintiff or defendants or upon the filing of a motion for preliminary approval of a settlement agreement by plaintiff and defendants; and (2) continuing the April 30, 2012 case management conference until August 20, 2012 at 1:30 p.m., or any date thereafter

//

//

-1-

-2-

1  convenient to the Court's calendar, with the parties to file a joint case management conference
2  statement no later than one week prior to the case management conference

Dated: April 17, 2012

JEFFREY M. FORSTER

By     */s Jeffrey M. Forster*
    JEFFREY M. FORSTER

Attorneys for Plaintiff
TODD SMITH

Dated: April 17, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s Molly R. Newland*
    MOLLY R. NEWLAND

Attorneys for Defendants
QWEST COMMUNICATIONS COMPANY, LLC;
SPRINT COMMUNICATIONS COMPANY L.P.;
LEVEL 3 COMMUNICATIONS, LLC; and WILTEL
COMMUNICATIONS, LLC

**[~~PROPOSED~~] ORDER**

Based on the Second Joint Status Report of the parties, and for good cause shown due to the parties' anticipated settlement, it is hereby ordered that:

1. The stay of this action is extended, pending further order of the Court. The stay will be lifted automatically upon the motion of plaintiff or defendants or upon the filing of a motion for preliminary approval of a settlement agreement by plaintiff and defendants;

1        2.    The Initial Case Management Conference set for April 30, 2012 shall be
2  continued to _____August 20, 2012_____, at 1:30 p.m., and the parties shall file a joint case
3  management conference statement no later than one week prior to the case management
4  conference.

6      IT IS SO ORDERED.

7  Dated: __04/17/2012__

8            HONORABLE THELTON E. HENDERSON
9            UNITED STATES DISTRICT JUDGE

-3-