JEFFREY M. FORSTER (Cal. SBN 50519)
160 West Clara Street, Suite 1100
San Jose, CA 95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
Email: jforstr@pacbell.net

STEVEN R. LEVY (Cal. SBN 103164)
Attorney at Law
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
Email: slevy@bigfoot.com & stevelevy@verizon.net

ARTHUR T. SUSMAN (Illinois Bar # 2778602) *pro hac vice*
Susman Heffner & Hurst, LLP
Two First National Plaza, Suite 600
Chicago, California 60603
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
Email: asusman@shhllp.com

WILLIAM T. GOTFRYD (Illinois Bar # 3127964) *pro hac vice*
Of Counsel
Susman Heffner & Hurst, LLP
Two First National Plaza, Suite 600
Chicago, California 60603
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
Email: wtglawproj@aol.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD SMITH, individually and as representative of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,<br>Defendants. | CASE NO. 3:11-cv-02599-THE<br><br>**STATUS REPORT, STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, AND EXTENDING STAY, BUT ALLOWING THE FILING OF A FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**CASE FILED:     May 31, 2011**<br>**TRIAL DATE:     None**<br>**JURY TRIAL DEMANDED** |

Case Number:  3:11-CV-02599-THE
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

Plaintiff Todd Smith ("Plaintiff"), and defendants Qwest Communications Company, LLC ("Qwest"), Sprint Communications Company L.P. ("Sprint"), Level 3 Communications, LLC ("Level 3"), and WilTel Communications, LLC ("WilTel") (collectively "Defendants") submit this Status Report, Stipulation and Proposed Order for the purpose of pursuing final settlement of this action.

**CURRENT CASE STATUS**

1)      A case management conference is set for August 20, 2012 and the parties are ordered to submit a Joint Status Report one week prior to August 20, 2012. (Doc. No. 19).

2)      The Parties propose that the pending case management conference be continued until November 19, 2012.

**BACKGROUND REGARDING THIS STIPULATION**

3)      On April 18, 2012, the Court entered an Order (Doc. No. 19) extending the stay of this action, pending finalization of a settlement agreement, and continuing the Initial Case Management Conference to August 20, 2012 at 1:30 p.m.

4)      Since the Court issued its Order extending the stay of this action, the Parties have expended substantial time and effort in finalizing and implementing state-by-state class action settlement agreements in the related, statewide class actions pending around the country.  There have now been preliminary and final approval for five settlements and preliminary approval for twenty-four additional settlements.  Final approval hearings are scheduled in November and December, 2012 and January, 2013, for the twenty-four settlement agreements that have been preliminarily approved.  The Claims Administrator has been actively engaged with mailing notices, publication of notices, and with the construction of state-specific settlement web sites and call centers.

Case Number:  3:11-CV-02599-THE                                    2
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

5)       Additionally, the Parties are engaged in ongoing efforts to document and finalize settlement agreements in the remaining states, including California.

6)       To finalize a settlement of this, the California action, it is advisable, if not necessary, to file an amended complaint.  A copy of the proposed First Amended Complaint is attached hereto in its entirety as Exhibit "A."

7)       The purpose of this amended complaint is to add plaintiffs to increase the adequacy of class representation and not to alter the character of the action.  The "additional plaintiffs" will be represented by different counsel (i.e., counsel other than those having appeared for plaintiff, Todd Smith, to date).  Should the Court grant leave to file the proposed First Amended Complaint, the attorneys for the "additional plaintiffs" will file notice(s) of appearance on their behalf.

8)       Assuming approval of this Joint Stipulation and the events expected to follow, the Parties expect to file a motion for preliminary approval of a California Settlement Agreement prior to November 19, 2012.

9)       With virtually all of the Parties' time and effort being expended in pursuit of final settlement, it is believed that requiring Defendants to respond to the First Amended Complaint would not be an efficient use of the Parties' or the Court's time and could actually cause some delay in pursuit of the settlement process.

10)       Therefore, it is proposed that Defendants' time to respond to the First Amended  Complaint be extended to the later of November 30, 2012, or ten days after the next case management conference should the Court set a case management conference date other than November 19, 2012.

11)       The time frame for response is suggested as being after November 19, 2012, the date proposed for a case management conference and beyond the date by which the

Case Number:  3:11-CV-02599-THE                                    3
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

Parties expect to file a motion for preliminary approval, which would essentially moot the necessity of a formal response.

12)     Accordingly, the Parties seek a continuance of the stay of this litigation, which will allow the parties to pursue final settlement and proceed as described in the Stipulation below.

## STIPULATION

The Parties, by signature of their attorneys below, hereby stipulate and agree as follows:

1)     That the case management conference presently set for August 20, 2012 be continued to November 19, 2012 (or as the Court may otherwise determine proper) with a Joint Status Report to be filed no later than one week prior to the case management conference;

2)     That the stay now in effect may be lifted for the limited purpose of permitting the filing of the proposed First Amended Complaint, attached hereto in its entirety as Exhibit A, and that the proposed First Amended Complaint may be filed forthwith;

3)     That Defendants' time to respond to the First Amended  Complaint be extended to the later of November 30, 2012, or ten days after the next case management conference should the Court set a case management conference date other than November 19, 2012; and

4)     That except for the matters stipulated to above and matters arising out of or related thereto, a stay of this litigation remain in place and in force pending further order of the Court, but that the stay is to be lifted automatically upon motion of plaintiff or defendants or upon the filing of a motion for preliminary approval of a settlement agreement by plaintiff and defendants; and

Case Number:  3:11-CV-02599-THE                    4
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

5)     That to further expedite proceedings, this Stipulation may be executed in
multiple counterparts and by fax or digitally equivalent signatures.


Dated this 10th day of August, 2012        /s/ Steven R. Levy
                                                      STEVEN R. LEVY (Cal. SBN 103164)
                                                      17670 Woodland Avenue
                                                      Morgan Hill, CA  95037
                                                      Telephone:  (408) 274-7000
                                                      Facsimile:   (408) 274-9000
                                                         E-Mail:   slevy@bigfoot.com,
                                                                      stevelevy@verizon.net

                                                      One of the attorneys of record for Plaintiff, TODD
                                                      SMITH

Dated this 10th day of August, 2012        /s/ William T. Gotfryd
                                                      WILLIAM T. GOTFRYD (*pro hac vice*)
                                                      SUSMAN, HEFFNER & HURST LLP
                                                      30 North LaSalle Street, Suite 1210
                                                      Chicago, IL  60602
                                                      Telephone: (312) 346-3466
                                                      Facsimile: (312) 346-2829
                                                      E-Mail:    wtglawproj@aol.com

                                                      One of the attorneys of record for Plaintiff, TODD
                                                      SMITH

Dated this 10th day of August, 2012        /s/ Molly R. Newland
                                                      MOLLY R. NEWLAND, Cal. Bar No. 244928
                                                      SHEPPARD, MULLIN, RICHTER & HAMPTON
                                                      LLP
                                                         An LLP Including Professional Corporations
                                                      Four Embarcadero Center, 17th Floor
                                                      San Francisco, California  94111
                                                      Telephone:    (415) 434-9100
                                                      Facsimile:     (415) 434-3947
                                                      E-Mail:    mnewland@sheppardmullin.com

                                                      One of the attorneys of record for Defendants,
                                                      QWEST COMMUNICATIONS COMPANY, LLC;
                                                      SPRINT COMMUNICATIONS COMPANY L.P.;
                                                      LEVEL 3 COMMUNICATIONS, LLC; and
                                                      WILTEL COMMUNICATIONS, LLC TODD
                                                      SMITH

Case Number:  3:11-CV-02599-THE                          5
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

**~~PROPOSED~~ ORDER**

Based on the Stipulation of the Parties, and for good cause shown due to the Parties'

pursuit of and anticipated settlement, IT IS HEREBY ORDERED THAT:

     1.    The case management conference presently set for August 20, 2012, be continued

to November 19, 2012, at __1:30 p.m.__ with a Joint Status Report to be filed no later than one

week prior to the case management conference;

     2.    The stay now in effect may be lifted for the limited purpose of permitting the

filing of the Proposed First Amended Complaint attached as Exhibit A and the proposed First

Amended Complaint may be filed forthwith;

     3.    Defendants' time to respond to a First Amended Complaint shall be the later of

November 30, 2012, or ten days after the next case management conference;

     4.    Except to the matters stipulated to above and matters arising out of or related

thereto, the stay of this action is extended subject to further Order of the Court, but that the stay is

to be lifted automatically upon motion of plaintiff or defendants or upon the filing of a motion for

preliminary approval of a settlement agreement by plaintiff and defendants.

IT IS SO ORDERED.

Dated: __08/14/2012_____



        HON. THELTON E. HENDERSON
        UNITED STATES DISTRICT JUDGE

Case Number:  3:11-CV-02599-THE                6
Status Report, Stipulation and [Proposed] Order to Continue Case Management Conference,
and Extending Stay, but Allowing the Filing of a First Amended Complaint

9099134.1