| | |
|---|---|
| CRAIG C. CORBITT (Cal. SBN 83251) | |
| HEATHER T. RANKIE (Cal. SBN 268002) | |
| **ZELLE HOFMANN VOELBEL** | |
| **& MASON LLP** | |
| 44 Montgomery Street, Suite 3400 | |
| San Francisco, CA  94104 | |
| Telephone: (415) 693-0700 | |
| Facsimile: (415) 693-0770 | |
| E-Mail: ccorbitt@zelle.com | |

ERIC E. CAUGH (*pro hac vice*)
**ZELLE HOFMANN VOELBEL**
**& MASON LLP**
500 Washington Ave. S., Suite 4000
Minneapolis, MN  55415
Telephone:  (612) 339-2020
Facsimile:  (612) 336-9100
E-Mail:  ecaugh@zelle.com

*Attorney for Plaintiffs Regan, Sheldrick, Boom and Nelson*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD SMITH,  DIRK REGAN and CAROL REGAN, JACQUELYN SHELDRICK, GLENN L BOOM, and WILLIAM NELSON and LINDA NELSON, on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br>v.<br><br>QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,<br><br>Defendants. | CASE NO. 3:11-cv-02599-TEH<br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMIT ON PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPROVAL OF FORM AND MANNER OF NOTICE** |

Case Number: 3:11-cv-02599-TEH    Stipulation and [Proposed] Order Regarding Page Limit
                                  on Plaintiffs' Memorandum of Law in Support of Joint Motion for
                                  Certification of Settlement Class, Preliminary Approval of Class-Action
                                  Settlement, and Approval of Form and Manner of Notice

WHEREAS Plaintiffs Todd Smith, Dirk Regan, Carol Regan, Jacquelyn Sheldrick, Glenn L. Boom, William Nelson, and Linda Nelson, by and through their attorneys, will file a Memorandum of Law in Support of Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice ("Memorandum");

WHEREAS due to the number and complexity of issues presented, Plaintiffs' Memorandum must exceed 25 pages to adequately address the issues raised by the preliminary approval and settlement-class-certification proceedings, and issuance of notice to the class, including discussion of the background and history of nationwide litigation—of which the California settlement is a part—which has been ongoing for more than a decade;

WHEREAS the parties desire to alter the page limit ordinarily provided by the Local Rules, the parties hereby stipulate as follows:

**STIPULATION**

IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Parties identified below that Plaintiffs may exceed the 25-page limit by seven (7) pages, thus changing the maximum length of their Memorandum (exclusive of cover page, table of contents, table of authorities, and exhibits attached thereto) to thirty-two (32) pages.

DATED:  August 28, 2012         /s/ Eric Caugh_____
                                ERIC CAUGH (*pro hac vice*)
                                **ZELLE HOFMANN VOELBEL**
                                 **& MASON LLP**
                                500 Washington Avenue South, Suite 4000
                                Minneapolis, MN  55415
                                Telephone: (612) 339-2020
                                Facsimile: (612) 336-9100
                                E-Mail:  ecaugh@zelle.com

Case Number: 3:11-cv-02599-TEH    Stipulation and [Proposed] Order Regarding Page Limit        Page 2
on Plaintiffs' Memorandum of Law in Support of Joint Motion for
Certification of Settlement Class, Preliminary Approval of Class-Action
Settlement, and Approval of Form and Manner of Notice

CRAIG C. CORBITT (Cal. SBN 83251)
**ZELLE HOFMANN VOELBEL**
 **& MASON LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
E-Mail:  ccorbitt@zelle.com

ATTORNEYS FOR PLAINTIFFS REGAN, SHELDRICK, BOOM AND NELSON

/s/ William T. Gotfryd
WILLIAM T. GOTFRYD (*pro hac vice*)
ARTHUR T. SUSMAN (*pro hac vice*)
**SUSMAN, HEFFNER & HURST LLP**
30 North LaSalle Street, Suite 1210
Chicago, IL  60602
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
E-Mail:  wtglawproj@aol.com
E-Mail:  asusman@shhllp.com

JEFFREY M. FORSTER (Cal. SBN 505190)
160 West Clara Street, Suite 1100
San Jose, CA  95113
Telephone: (408) 977-3137
Facsimile: (408) 977-3141
E-Mail:  jfostr@pacbell.net

STEVEN R. LEVY (Cal. SBN 103164)
17670 Woodland Avenue
Morgan Hill, CA  95037
Telephone: (408) 274-7000
Facsimile: (408) 274-9000
E-Mail:  slevy@bigfoot.com,
          stevelevy@verizon.net

ATTORNEYS FOR PLAINTIFF SMITH

Case Number: 3:11-cv-02599-TEH   Stipulation and [Proposed] Order Regarding Page Limit   Page 3
on Plaintiffs' Memorandum of Law in Support of Joint Motion for
Certification of Settlement Class, Preliminary Approval of Class-Action
Settlement, and Approval of Form and Manner of Notice

/s/ Molly R. Newland
MOLLY R. NEWLAND, Cal. Bar No. 244928
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   An LLP Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-Mail:  mnewland@sheppardmullin.com

ATTORNEY FOR DEFENDANTS QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained by its signatories.

DATED:  August 28, 2012        By: */s/ Eric E. Caugh*

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, it is hereby ordered that:

The Plaintiffs may exceed the 25-page limit by seven (7) pages, thus changing the maximum length of their Memorandum of Law in Support of Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice (exclusive of cover page, table of contents, table of authorities, and exhibits attached thereto) to thirty-two (32) pages.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED:  August 28, 2012       _____
                              The Honorable Thelton E. Henderson
                              United States District Judge