SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:    619-338-6500
Facsimile:    619-234-3815

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOLLY R. NEWLAND, Cal. Bar No. 244928
mnewland@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendants
QWEST COMMUNICATIONS COMPANY, LLC;
SPRINT COMMUNICATIONS COMPANY L.P.;
LEVEL 3 COMMUNICATIONS, LLC; and
WILTEL COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| TODD SMITH, individually and as representative of a class of persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS COMPANY, LLC; SPRINT COMMUNICATIONS COMPANY, L.P.; LEVEL 3 COMMUNICATIONS, LLC; and WILTEL COMMUNICATIONS, LLC,<br><br>Defendants. | Case No. CV-11-02599-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERTIFICATION AND PRELIMINARY SETTLEMENT APPROVAL**<br><br>Date: October 15, 2012<br>Time: 10:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson<br><br>[Complaint Filed: May 31, 2011] |

# **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs Todd Smith, Dirk and Carol Regan, Jacquelyn Sheldrick, Glenn L. Boom, and William and Linda Nelson (collectively "plaintiffs"), on the one hand, and defendants Qwest Communications Company, LLC ("Qwest"), Sprint Communications Company L.P. ("Sprint"), Level 3 Communications, LLC ("Level 3"), and WilTel Communications, LLC ("WilTel"), on the other hand (collectively, the "parties"), through counsel, as follows:

WHEREAS, the parties filed a Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice on September 5, 2012 (Doc. 35) ("Joint Motion")

WHEREAS, the parties noticed the Joint Motion for hearing on October 15, 2012 at 10:00 a.m.

WHEREAS, on October 4, 2012, the Court issued an Order re: Hearing on Motion for Class Certification and Preliminary Settlement Approval (Doc. 36) ("Order"), directing that the parties be prepared to address seven questions at the October 15, 2012 hearing and that they provide the Court certain information in writing at or before the hearing. See Order ¶ 3.

WHEREAS, some information the Court has requested is not yet available, but will become available within the next 30 days.

WHEREAS, the parties suggest that the issues raised in the Order can be addressed more efficiently and more effectively if more time is allowed for them to respond to the Order and for the Court to consider their response.

-1-

SMRH:407151108.1  
STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOT. FOR CLASS CERT. AND PRELIMINARY SETTLEMENT APPROVAL

NOW THEREFORE, to enable the parties to gather information, and to brief more fully questions posed by the Court, the parties request that the Court continue the October 15, 2012 hearing, and any corresponding deadlines, until either: (a) **November 19, 2012** – the date already set for the case management conference, or (b) any date after November 19, 2012 that is convenient to the Court's calendar.

Dated: October 10, 2012

ZELLE HOFMANN VOELBEL & MASON LLP

By     /s Eric Caugh
ERIC CAUGH (*pro hac vice*)

Attorneys for Plaintiffs Dirk and Carol Regan,
Jacquelyn Sheldrick, Glenn L. Boom, and
William and Linda Nelson

Dated: October 10, 2012

By     /s William T. Gotfryd
WILLIAM T. GOTFRYD (*pro hac vice*)
SUSMAN, HEFNER & HURST LLP (*of counsel*)

Attorneys for Plaintiff Todd Smith

Dated: October 10, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s Molly R. Newland
MOLLY R. NEWLAND

Attorneys for Defendants
QWEST COMMUNICATIONS COMPANY, LLC;
SPRINT COMMUNICATIONS COMPANY L.P.;
LEVEL 3 COMMUNICATIONS, LLC; and WILTEL
COMMUNICATIONS, LLC

**[~~PROPOSED~~] ORDER**

Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The hearing on the parties' Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice, filed September 5, 2012 (Doc. 35), and noticed for October 15, 2012 at 10:00 a.m. is continued until __November 19, 2012__ at _____ 10:00 a. m.

2. The parties shall submit briefing to address the questions in the Court's Order re: Hearing on Motion for Class Certification and Preliminary Settlement Approval (Doc. 36) at or before such hearing.

IT IS SO ORDERED.

Dated: __10/10/2012__

_____
HONORABLE _____ ERSON
UNITED _____ GE

*Judge Thelton E. Henderson*
(United States District Court, Northern District of California seal)