1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   JAMES J. MITTERMILLER, Cal. Bar No. 85177
3  jmittermiller@sheppardmullin.com
   501 West Broadway, 19th Floor
4  San Diego, CA 92101
   Telephone:    619-338-6500
5  Facsimile:    619-234-3815

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
7      Including Professional Corporations
   MOLLY R. NEWLAND, Cal. Bar No. 244928
8  mnewland@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
9  San Francisco, California  94111
   Telephone:    415-434-9100
10 Facsimile:    415-434-3947

11 Attorneys for Defendants
   QWEST COMMUNICATIONS COMPANY, LLC;
12 SPRINT COMMUNICATIONS COMPANY L.P.;
   LEVEL 3 COMMUNICATIONS, LLC; and
13 WILTEL COMMUNICATIONS, LLC

14

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

17

18 TODD SMITH, individually and as           Case No. CV-11-02599-TEH
   representative of a class of persons similarly
19 situated,                                  STIPULATION AND [PROPOSED]
                                              ORDER TO CONTINUE HEARING ON
20                      Plaintiff,            MOTION FOR CLASS CERTIFICATION
                                              AND PRELIMINARY SETTLEMENT
21        v.                                  APPROVAL

22 QWEST COMMUNICATIONS COMPANY,
   LLC; SPRINT COMMUNICATIONS
23 COMPANY, L.P.; LEVEL 3                     Date:  October 15, 2012
   COMMUNICATIONS, LLC; and WILTEL           Time:  10:00 a.m.
24 COMMUNICATIONS, LLC,                       Courtroom:  12
                                              Judge:  Hon. Thelton E. Henderson
25                      Defendants.
                                              [Complaint Filed:  May 31, 2011]
26

27

28

**STIPULATION**

1

2

3          IT IS HEREBY STIPULATED by and between Plaintiffs Todd Smith, Dirk and

4    Carol Regan, Jacquelyn Sheldrick, Glenn L. Boom, and William and Linda Nelson (collectively

5    "plaintiffs"), on the one hand, and defendants Qwest Communications Company, LLC ("Qwest"),

6    Sprint Communications Company L.P. ("Sprint"), Level 3 Communications, LLC ("Level 3"),

7    and WilTel Communications, LLC ("WilTel"), on the other hand (collectively, the "parties"),

8    through counsel, as follows:

9

10          WHEREAS, the parties filed a Joint Motion for Certification of Settlement Class,

11   Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice

12   on September 5, 2012 (Doc. 35) ("Joint Motion")

13

14          WHEREAS, the parties noticed the Joint Motion for hearing on October 15, 2012

15   at 10:00 a.m.

16

17          WHEREAS, on October 4, 2012, the Court issued an Order re: Hearing on Motion

18   for Class Certification and Preliminary Settlement Approval (Doc. 36) ("Order"), directing that the

19   parties be prepared to address seven questions at the October 15, 2012 hearing and that they

20   provide the Court certain information in writing at or before the hearing. *See* Order ¶ 3.

21

22          WHEREAS, some information the Court has requested is not yet available, but will

23   become available within the next 30 days.

24

25          WHEREAS, the parties suggest that the issues raised in the Order can be addressed

26   more efficiently and more effectively if more time is allowed for them to respond to the Order and

27   for the Court to consider their response.

28

-1-

1     NOW THEREFORE, to enable the parties to gather information, and to brief more

2   fully questions posed by the Court, the parties request that the Court continue the October 15,

3   2012 hearing, and any corresponding deadlines, until either: (a) **November 19, 2012** – the date

4   already set for the case management conference, or (b) any date after November 19, 2012 that is

5   convenient to the Court's calendar.

6

7   Dated:  October 10, 2012

8                           ZELLE HOFMANN VOELBEL & MASON LLP

9                           By     _____/s Eric Caugh_____

10                                  ERIC CAUGH (*pro hac vice*)

11                          Attorneys for Plaintiffs Dirk and Carol Regan,
                            Jacquelyn Sheldrick, Glenn L. Boom, and
12                                 William and Linda Nelson

13

14  Dated:  October 10, 2012

15

16                          By     _____/s William T. Gotfryd_____

17                                  WILLIAM T. GOTFRYD (*pro hac vice*)
                            SUSMAN, HEFNER & HURST LLP (*of counsel*)

18                              Attorneys for Plaintiff Todd Smith

19

20  Dated:  October 10, 2012

21

22                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23                          By     _____/s Molly R. Newland_____

24                                  MOLLY R. NEWLAND

25                                Attorneys for Defendants
                            QWEST COMMUNICATIONS COMPANY, LLC;
26                          SPRINT COMMUNICATIONS COMPANY L.P.;
                            LEVEL 3 COMMUNICATIONS, LLC; and WILTEL
27                                COMMUNICATIONS, LLC

28

-2-

**[~~PROPOSED~~] ORDER**

1
2
3          Based on the stipulation of the parties, and for good cause shown, IT IS HEREBY
4    ORDERED THAT:
5
6          1.       The hearing on the parties' Joint Motion for Certification of Settlement
7    Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of
8    Notice, filed September 5, 2012 (Doc. 35), and noticed for October 15, 2012 at 10:00 a.m. is
9    continued until ____November 19, 2012____ at _____10:00 a. m.
10
11         2.       The parties shall submit briefing to address the questions in the Court's
12   Order re: Hearing on Motion for Class Certification and Preliminary Settlement Approval (Doc.
13   36) at or before such hearing.
14
15              IT IS SO ORDERED.
16
17   Dated: ____10/10/2012____          _____
18                                       HONOR_____DERSON
     UNITE_____GE
19                                       Judge Thelton E. Henderson
20
21
22
23
24
25
26
27
28
                                        -3-