United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Todd Smith, et al.,

                Plaintiff,

v.

Qwest Communications Company, LLC, et al.,

                Defendant.

NO. C11-02599 TEH

ORDER VACATING HEARING ON CLASS CERTIFICATION AND PRELIMINARY SETTLEMENT APPROVAL AND VACATING CASE MANAGEMENT CONFERENCE

    This matter comes before the Court on the parties' joint motion for certification of a settlement class, preliminary approval of a class action settlement, and approval of the form and manner of notice to the class. On November 14, 2012, Defendants submitted written responses to the Court's questions dated October 4, 2012.[1]

    After careful consideration of the parties' submissions, the Court finds that oral argument is not necessary and will not aid in the disposition of this case. Accordingly, it VACATES the hearing on the motion, as well as the Case Management Conference, scheduled for November 19, 2012. An order on the motion will be forthcoming.

**IT IS SO ORDERED.**

Dated: 11/15/12

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT

---

[1] Although only signed by Defendants, the Court reads the responses submitted on November 12 as responses in support of the motion for preliminary settlement approval brought jointly by Plaintiffs and Defendants.