IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD SMITH, et al.,

            Plaintiffs,

    v.

QWEST COMMUNICATIONS COMPANY, et al.,

            Defendants.

NO. C11-2599 TEH

ORDER RE: LETTER FROM CLASS MEMBER

On November 15, 2013, the Court received the attached letter from Mr. Al Molinari, an apparent member of the Plaintiff class. Counsel for Plaintiffs shall review the letter and respond directly to Mr. Molinari.

**IT IS SO ORDERED.**

Dated: 11/20/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT