UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD SMITH, et al.,

    Plaintiffs,

v.

QWEST COMMUNICATIONS COMPANY, LLC, et al.,

    Defendants.

Case No. 11-cv-02599-TEH

**ORDER RE: LETTER FROM CLASS MEMBER**

The Court has received the attached letter and motion for permission for electronic case filing from David Chu, who represents that he is a member of the Plaintiff class. As a represented class member, Mr. Chu may only file documents through his counsel of record – i.e., class counsel – and his motion for permission for electronic case filing is therefore DENIED. Counsel for Plaintiffs shall review the letter and respond directly to Mr. Chu.

**IT IS SO ORDERED.**

Dated: 05/20/15

_____
THELTON E. HENDERSON
United States District Judge